UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
26-mj-102 (DJF)

STATE OF MINNESOTA )
                    ) ss. Richard Berger
COUNTY OF HENNEPIN )

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Richard Berger, being duly sworn, do hereby state as follows:

**INTRODUCTION & AGENT BACKGROUND**

1. I am Special Agent with the U.S. Homeland Security Investigations, Department of Homeland Security (HSI) and have been so employed since September 2009. I am a graduate of the Federal Law Enforcement Training Center, which consisted of the Criminal Investigator Training Program, and U.S. Immigration and Customs Enforcement Special Agent Training.

2. Prior to working with HSI, I was employed as a U.S. Customs and Border Protection Officer for approximately four years. During my career, I have conducted and participated in multiple investigations involving the unlawful importation and the distribution of controlled substances, the assault and hinderance of federal officers while engaged in the performance of their official duties, fraud and identity theft violations, export violations, financial crimes, illegal alien smuggling and human trafficking violations, child pornography, and various immigration violations. During these investigations,

I have conducted physical surveillance, executed arrest and search warrants, reviewed tape-recorded conversations, and personally interviewed numerous sources of information as well as confidential sources.

3. This affidavit is submitted for the limited purpose of establishing probable cause in support of issuing a complaint and arrest warrant for Timothy CATLETT for violating Title 18, United States Code, Section 111(a)(1).[1]

4. This affidavit is based on my personal knowledge, as well as information I have learned from other law enforcement officers and the review of reports, written materials, and recordings at the writing of this affidavit. This affidavit does not include all the details I have learned regarding this investigation. Rather, it only includes information believed to be sufficient to establish probable cause.[2]

---

[1] "[A]ssaulting a federal employee is a general-intent crime." *United States v. Gustus*, 926 F.3d 1037, 1040 (8th Cir. 2019).

[2] "[P]robable cause may be based on the collective knowledge of all law enforcement officers involved in an investigation and need not be based solely upon the information within the knowledge of the officer on the scene if there is some degree of communication" between officers. *United States v. Horne*, 4 F.3d 579, 585 (8th Cir. 1993); *see also United States v. Spratt*, 141 F.4th 931, 936 (8th Cir. 2025) (same). In such cases, whether the affiant's knowledge is "first-hand" is "irrelevant" to the probable-cause analysis. *Horne*, 4 F.3d at 585; *see also United States v. Dan Thanh Nguyen*, No. 06-cr-192, 2006 WL 3486993, at *6-8 (D. Minn. Dec. 4, 2006) ("[T]he information in an Affidavit need not be based on the personal knowledge of the affiant."), *aff'd sub nom.*, *United States v. Nguyen*, 526 F.3d 1129 (8th Cir. 2008).

2

## PROBABLE CAUSE

5.   On January 12, 2026, a team of several federal ICE Enforcement Removal Operations Deportation Officers (DOs) were conducting an immigration enforcement operation in the parking lot of a Walmart in Saint Cloud, Minnesota. DO 1 and DO 2 were part of this team, were wearing uniforms with clearly displayed police and federal agent markings, and were driving in an unmarked blue sport utility vehicle (SUV). DO 1 and DO 2 observed approximately 50 or more people who were gathered in the parking lot and surrounding other DOs who were located there.

6.   DO 2 exited the blue SUV and one of the men from that group of people, later identified as CATLETT, engaged with DO 2 directly by giving DO 2 the middle finger and holding his raised hand very close to DO 2's face. When DO 1 and DO 2 tried to depart the Walmart parking lot in their blue SUV, CATLETT placed himself in front of the vehicle, raised a closed fist, and pounded it down on the hood of the vehicle, which caused a visible dent to the hood. CATLETT also kicked the driver's side door of the vehicle, which left a visible scuff mark. The pictures below show the impact circled in red:

 

7. When DO 1 and DO 2 exited the vehicle, CATLETT began to flee, but the DOs eventually apprehended and arrested him for violations of Title 18, United States Code, Section 111(a)(1).

## CONCLUSION

7. Based on the information set forth above, there is probable cause to believe that the Defendant, Timothy CATLETT, forcibly assaulted, resisted, opposed, impeded, intimidated, or interfered with a federal law enforcement officer in performance of official duties in violation of Title 18, United States Code, Section 111(a)(1).

Richard Berger
Special Agent
Homeland Security

4

SUBSCRIBED and SWORN before me
by reliable electronic means via FaceTime
and email pursuant to Fed. R. Crim. P. 41(d)(3) on
January 29, 2026

_____
DULCE J. FOSTER
United States Magistrate Judge
District of Minnesota

5